UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jamal Baptist | * | |
| | * | 08cv688(ESH) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| District of Columbia, et. al. | * | |
| | * | |

AMENDED COMPLAINT

The plaintiff would respectfully amend the complaint as follows:

Paragraph 25 of the complaint should read:

25) Despite his desire to go to the hospital, MR. Baptist agreed to accept officer Bolden's offer, reasoning that he would not have to face federal charges and would be released in an hour.

Second, the plaintiff would correct the number in the complaint as follows:

1) Count VIII should be amended such that it represents paragraphs 70 through 80 of the complaint.

2) Count IX of the complaint should be amended to represent paragraph 81 of the complaint.

3) The Jury Demand should be amended to represent paragraph #82 of the complaint.

        Respectfully Submitted,

        /s/ Paul D. Hunt
        Paul D. Hunt
        4614 Wissahican Ave.
        Rockville, MD   20853
        Fed. Bar #447182
        Phone:  301-565-0540

Certificate of Service

I hereby certify that on 6/2/08 a copy of this pleading was sent to the generic email box.

/s/ Paul D. Hunt
Paul D. Hunt