AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | MAY 6, 2008 |
| NAME OF SERVER *(PRINT)* | TITLE |
| | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: OFFICER BOLDEN, ACCEPTED BY LINDA TOLSON GEN COUNSEL MPD, RM 4125 300 INDIANA AVE N.W

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-6-08
                     Date

Signature of Server

4043 GRANT ST N.E APT 1
WASHINGTON D.C.
20017

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE MAY 6, 2008 |
| NAME OF SERVER *(PRINT)* | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: OFFICER MILES ACCEPTED BY LINDA TOLSON, GEN COUNSEL MPD, RM 4125 300 INDIANA AVE N.W

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-6-08
          Date

Signature of Server

4043 GRANT ST NE APT 1
WASHINGTON D.C. 20017

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 6, 2008 |
| NAME OF SERVER (PRINT) ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: OFFICER TONY MASON, ACCEPTED BY LINDA TOLSON GEN COUNSEL RM 4125, 300 INDIANA AVE N.W

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-6-08
Date

*Signature of Server*

4043 GRANT ST APT 1 N.E.
WASHINGTON D.C. 20017

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.