UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMAL BAPTIST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-0688 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

On August 1, 2008, this Court directed plaintiff to file proof of service or to provide the Court with a written explanation for why service of process had not been completed.  On August 7, 2008, plaintiff filed proof of service indicating that each defendant had been served on May 6, 2008.  However, it appears that defendant District of Columbia never received service of process in this case.  Accordingly, it is hereby

**ORDERED** that the Clerk of the Court is directed to reissue summonses for the District of Columbia to plaintiff.  It is further

**ORDERED** that plaintiff shall re-serve the District of Columbia by delivering a copy of the complaint and summons as follows:

(1) Serve the Attorney General of the District of Columbia at 441 4th Street, NW, Suite 1060N, Washington, DC 20001.  Darlene Fields, Gale Rivers, and Tonia Robinson in the Office of the Attorney General are authorized to accept service.

(2) Serve the Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, #419, Washington, DC 20004.  Tabatha Braxton, Erica Easter, and Arlethia Thompson in the Office of the Secretary of the District of Columbia are authorized to accept service.  It is further

**ORDERED** that on or before September 30, 2008, plaintiff must either:  (1) file with the Court proof that the District of Columbia has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed.  If plaintiff fails to comply with this Order, or if the Court determines that plaintiff has not shown good cause for the failure to comply, this case will be dismissed without prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 14, 2008